IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GERALD W. SMITH

VS.                                                                CIVIL ACTION NO. 3:07CV55-DAS

MICHAEL J. ASTRUE,
Commissioner of Social Security

## FINAL JUDGMENT

Consistent with the Opinion issued this day, the decision of the Commissioner of Social Security, denying the Plaintiff Gerald W. Smith's application for supplemental security income benefits is hereby **AFFIRMED**; and the Plaintiff's Complaint herein is **DISMISSED** with prejudice.

**SO ORDERED** this 17th day of December 2008.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE